UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                           Case No. 8:06-cv-621

SHARON K. ARTMAN,

        Defendant.

_____/

## STIPULATION FOR DISMISSAL

Defendant has fully paid the amount sought by the United States in this erroneous refund

action.  Accordingly, it is hereby stipulated and agreed that the complaint in the above-entitled

case be dismissed with prejudice, the parties to bear their respective costs, including any possible

attorney's fees or other expenses of litigation.


PAUL I. PEREZ
United States Attorney


Mary Apostolakos Hervey
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Tel.  (202) 514-6484
Fax  (202) 514-9868
Mary.Apostolakos.Hervey@usdoj.gov

Bruce G. Kaufman, J.D.
Bruce G. Kaufman, J.D., P.A.
1564 Oakadia Lane
Clearwater, Florida 33764
Tel. (727) 531-2929
Fax (727) 539-6696
FBN 0743925
bgk@tampabay.rr.com